IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**GREGORY K. WHITT**                                                                                           **PLAINTIFF**

V.                                              CASE NO. 2:25-CV-2017

**SHERIFF HOBE RUNION;**
**CIRCUIT JUDGE R. GUNNER DELAY;**
**PUBLIC DEFENDER PATRICK F. FLAKE;**
**PROSECUTOR HOUSTON RACE GARNER;**
**and PROSECUTOR PACE COLTON**                                                       **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 36) filed in this case on June 9, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas. Furthermore, Plaintiff's pending Motions (Docs. 23, 24, 25, 26, 27, 28, 29, 31, and 32) are **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 27th day of June, 2025.

> /s/ Timothy L. Brooks
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE